Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Christian Lassiter
Assistant Federal Public Defender
New York No. 4836953
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Christian_Lassiter @fd.org

*Attorney for Petitioner Ghassen Salah

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ghassen Salah,

          Petitioner,

    v.

Pamela Bondi, *et al.*,

          Respondents.

Case No. 2:26-cv-00418-JAD-EJY

**Stipulation to Extend Time to File Amended Petition (First Request)**

2

Petitioner Ghassen Salah and Respondents, Pamela Bondi, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to April 2, 2026.

This extension is warranted because counsel for Mr. Salah, Assistant Federal Public Defender Christian Bryan Lassiter, was assigned this case this morning due to a clerical error whereas Mr. Salah's name and that of another petitioner were confused for one another. As a result, Mr. Salah has not been able to meet with him since being appointed to his case. Undersigned counsel was notified of the existence of this case today, March 19, 2026.

Currently, the amended petition is due two weeks from the filing of a notice of readiness. Undersigned counsel filed a notice of readiness today, March 19, 2026. This is the first stipulation for an extension of time for the amended petition. These two weeks allow undersigned counsel to meet with Mr. Salah, obtain relevant information, and file the amended petition in accordance with the original intent of the first scheduling order.

On March 19, 2026, undersigned counsel conferred with counsel for Respondents, Special Assistant United States Attorney Martin Mayer. Mr. Mayer agreed to this amended briefing schedule.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Lopez to file an amended petition to April 2, 2026. Additionally, Respondents will have two weeks to respond to the

3

amended petition, on or before April 16, 2026. Finally, Petitioner must reply to the Respondents' Response by April 23, 2026.

Respectfully submitted this 19th day of March, 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH, First Assistant
United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *Martin J. Mayer*
Martin J. Mayer
Special Assistant United States Attorney

/s/ *Christian Lassiter*
Christian Lassiter
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 20, 2026

4