**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Ghassen Salah,

            Petitioner

v.

Todd Blanche, et al.,[1]

            Respondents

Case No.: 2:26-cv-00418-JAD-EJY

**Order Granting Motions for Substitution of Counsel**

[ECF Nos. 15, 16]

On February 18, 2026, I appointed the Federal Public Defender for the District of Nevada (FPD) as counsel for petitioner Ghassen Salah.[2]  In April, I granted the parties' stipulation to stay this case until July 1, 2026, due to the need to research "compel legal issues" related to Salah's immigration proceedings and "to wait for further developments concerning [] Salah's appeal."[3] Salah then filed two pro se motions seeking substitution of counsel, citing a breakdown in communications with his appointed FPD.[4]

With good cause appearing, Salah's motions for substitution of counsel **[ECF Nos. 15, 16] are GRANTED.  This matter is REFERRED to the CJA Coordinator for the appointment of counsel**.  After appointed counsel files a notice of appearance in this matter, it will then have 14 days to file either (1) a motion to lift the stay or (2) a status report informing the court that the stay will remain in place.  The Clerk of Court is instructed to TERMINATE the

---

[1] Todd Blanche has replaced respondent Pamela Bondi as the Acting Attorney General of the United States, and Markwayne Mullin has replaced respondent Kristi Noem as the United States Secretary of Homeland Security.  So I substitute them as respondents under Federal Rule of Civil Procedure 25(d).

[2] ECF No. 3.

[3] ECF No. 14.

[4] ECF Nos. 15, 16.

FPD as counsel for petitioner and SEND a copy of this order to the petitioner and to the CJA coordinator at NV_CJAResource@fd.org.

_____
U.S. District Judge Jennifer A. Dorsey
May 11, 2026

2