**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Ghassen Ben Salah,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No.: 2:26-cv-00418-JAD-EJY

**Order Denying Habeas Petition**

Ghassen Ben Salah commenced this habeas action pro se under 28 U.S.C. § 2241 to challenge his detention by Immigration and Customs Enforcement (ICE).[1] The court appointed counsel, who has consulted with Ben Salah and his family and concluded that "[t]here is nothing that can be done by this Court" due to the posture of his immigration proceedings.[2] "Ben Salah must litigate his appeal of the asylum decision before the [Board of Immigration Appeals]," and "it is not preordained that he will lose that appeal."[3] "It could come to pass in the future that a claim of relief will emerge," but as of now, there is no such claim.[4]

IT IS THEREFORE ORDERED that **this petition is DENIED** without prejudice to Ghassen Ben Salah's ability to file a new habeas proceeding should such a claim ripen.

**The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
October 6, 2026

[1] ECF No. 1.

[2] ECF No. 23 at 2.

[3] *Id.*

[4] *Id.* at 3.